# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATIONAL CASUALTY COMPANY, A FOREIGN CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE,
Respondents,
    and
PHILIP MICHAEL BOUCHARD,
Real Party in Interest.

No. 83501

**FILED**

MAR 0 4 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Petitioner has filed a notice of withdrawal of its petition for writ of mandamus or prohibition. The notice is treated as a motion to voluntarily withdraw the petition, and the motion is granted. This petition for writ of mandamus or prohibition is dismissed.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Mark R. Denton, District Judge
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       The Schnitzer Law Firm
       Eighth District Court Clerk

22-06989